HILLYER ET AL., APPELLANTS, *v.* GREAT AMERICAN
INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. Great Am. Ins. Co.* (1998), 82 Ohio St.3d 1224.]

(No. 97–2200—Submitted June 24, 1998—Decided July 22, 1998.)

*Friedman, Domiano & Smith Co., L.P.A.,* and *Jeffrey H. Friedman,* for appellants.

*Ulmer & Berne LLP, Murray K. Lenson* and *Jeffrey R. Sadlowski,* for appellee.

The parties are ordered to consider and brief the issue whether the underlying premise of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732, that the statutory law in effect at the time of entering into a contract of automobile liability insurance controls the rights and duties of the contracting parties, is applicable to a claim for damages against the tortfeasor's automobile liability insurance policy.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.